# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CASE NO.: 1:25-CV-00277-MR-WCM

| | |
|---|---|
| LILY GRACE DUNCAN and OLIVIA CLARK, <br><br> Plaintiffs, <br><br> v. <br><br> ASHEVILLE ACADEMY FOR GIRLS, LLC (f/k/a SOLSTICE EAST, LLC and MAGNOLIA MILLS SCHOOL), WILDERNESS TRAINING & CONSULTING, LLC (d/b/a FAMILY HELP & WELLNESS), and JOHN DOE ENTITIES 1-10, <br><br> Defendants. | **DEFENDANTS ASHEVILLE ACADEMY FOR GIRLS, LLC AND WILDERNESS TRAINING & CONSULTING, LLC'S ANSWER TO PLAINTIFFS' COMPLAINT** <br> **(JURY TRIAL DEMANDED)** |

**NOW COME** Defendants Asheville Academy for Girls, LLC (f/k/a Solstice East, LLC and Magnolia Mills School) ("AAG") and Wilderness Training & Consulting, LLC (d/b/a Family Help & Wellness (hereinafter collectively "Defendants"), and answer the Complaint of Lilly Grace Duncan and Olivia Clark (hereinafter "Plaintiffs") as follows:

## FIRST DEFENSE AND MOTION TO DISMISS

Defendants move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for dismissal of any claims by Plaintiff for alleged medical expenses incurred prior to Plaintiff reaching the age of majority, inasmuch as such claims for medical expenses during minority would be vested in the parents, guardians, or other individual(s) financially responsible for such expenses at such time under North Carolina law. *See, e.g. Vaughan v. Moore,* 89 N.C. App. 566, 567 366 S.E.2d 518, 520 (1988).

## SECOND DEFENSE AND MOTION TO DISMISS

Defendants move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for dismissal of all claims due to Plaintiff's failure to satisfy Rule 9(j) of the North Carolina Rules of Civil Procedure.

## ANSWER AND THIRD DEFENSE

1. The allegations contained in Paragraph 1 are denied.

2. The allegations contained in Paragraph 2 are denied.

3. With regard to the allegations contained in Paragraph 3, it is admitted that Plaintiff Duncan was enrolled at AAG from January 24, 2023 to May 4, 2024 and that her date of birth is September 21, 2006. Except where explicitly admitted, denied.

4. With regard to the allegations contained in Paragraph 4, it is admitted that Plaintiff Clark was enrolled at AAG from October 3, 2023 to May 22, 2024 and that her date of birth is April 12, 2006. Except where explicitly admitted, denied.

5. The allegations contained in Paragraph 5 are admitted.

6. With regard to the allegations contained in Paragraph 6, it is admitted that Wilderness Training & Consulting LLC ("WTC") is an Oregon limited liability company with its principal place of business at 530 Center Street NE, Suite700, Salem, Oregon 97301. It is further admitted that WTC owned AAG. Except where explicitly admitted, denied.

7. These answering Defendants are without sufficient knowledge or information upon which to form a belief as to the truthfulness of the allegations contained in Paragraph 7 and, as such, deny the same.

8. The allegations contained in Paragraph 8 state legal conclusions to which no response is required. To the extent a response is required, denied.

9. The allegations contained in Paragraph 9 state legal conclusions to which no response is required. To the extent a response is required, denied.

10. The allegations contained in Paragraph 10 state legal conclusions to which no response is required. To the extent a response is required, denied.

11. The allegations contained in Paragraph 11 state legal conclusions to which no response is required. To the extent a response is required, denied.

12. The allegations contained in Paragraph 12 are denied.

13. These answering Defendants are without sufficient knowledge or information upon which to form a belief as to the truthfulness of the allegations contained in Paragraph 13 and, as such, deny the same.

14. The allegations contained in Paragraph 14 are admitted.

15. The allegations contained in Paragraph 15 are denied.

16. These answering Defendants are without sufficient knowledge or information upon which to form a belief as to the truthfulness of the allegations contained in Paragraph 16 and, as such, deny the same.

17. These answering Defendants are without sufficient knowledge or information upon which to form a belief as to the truthfulness of the allegations contained in Paragraph 17 and, as such, deny the same.

The allegations in the subheadings above Paragraph 18 are denied.

18. The allegations contained in Paragraph 18 are denied.

19. The allegations contained in Paragraph 19 are denied.

20. The allegations contained in Paragraph 20 are denied.

21. The allegations contained in Paragraph 21 are denied.

22. The allegations contained in Paragraph 22 are denied.

23. The allegations contained in Paragraph 23 are denied.

The allegations in the subheadings above Paragraph 24 are denied.

24. The allegations contained in Paragraph 24 are denied.

25. These answering Defendants are without sufficient knowledge or information upon which to form a belief as to the truthfulness of the allegations contained in Paragraph 25 and, as such, deny the same.

26. These answering Defendants are without sufficient knowledge or information upon which to form a belief as to the truthfulness of the allegations contained in Paragraph 26 and, as such, deny the same.

27. These answering Defendants are without sufficient knowledge or information upon which to form a belief as to the truthfulness of the allegations contained in Paragraph 27 and, as such, deny the same.

28. These answering Defendants are without sufficient knowledge or information upon which to form a belief as to the truthfulness of the allegations contained in Paragraph 28 and, as such, deny the same.

29. These answering Defendants are without sufficient knowledge or information upon which to form a belief as to the truthfulness of the allegations contained in Paragraph 29 and, as such, deny the same.

30. The allegations contained in Paragraph 30 are denied.

The allegations in the subheadings above Paragraph 31 are denied.

31. The allegations contained in Paragraph 31 are denied.

32. The allegations contained in Paragraph 32 are denied.

33. The allegations contained in Paragraph 33 are denied.

34. The allegations contained in Paragraph 34 are denied.

The allegations in the subheadings above Paragraph 35 are denied.

35. These answering Defendants are without sufficient knowledge or information upon which to form a belief as to the truthfulness of the allegations contained in Paragraph 35 and, as such, deny the same.

36. These answering Defendants are without sufficient knowledge or information upon which to form a belief as to the truthfulness of the allegations contained in Paragraph 36 and, as such, deny the same.

The allegations in the subheadings above Paragraph 37 are denied.

37. The allegations contained in Paragraph 37 are denied.

38. The allegations contained in Paragraph 38 are denied.

39. The allegations contained in Paragraph 39 are denied.

40. The allegations contained in Paragraph 40 are denied.

41. The allegations contained in Paragraph 41 are denied.

The allegations in the subheadings above Paragraph 42 are denied.

42. The allegations contained in Paragraph 42 are denied.

43. The allegations contained in Paragraph 43 are denied.

44. The allegations contained in Paragraph 44 are denied.

45. The allegations contained in Paragraph 45 are denied.

46. The allegations contained in Paragraph 46 are denied.

47. The allegations contained in Paragraph 47 are denied.

48. The allegations contained in Paragraph 48 are denied.

49. The allegations contained in Paragraph 49 are denied.

50. The allegations contained in Paragraph 50 are denied.

51. The allegations contained in Paragraph 51 are denied.

52. The allegations contained in Paragraph 52 are denied.

53. The allegations contained in Paragraph 53 are denied.

The allegations in the subheadings above Paragraph 54 are denied

54. The allegations contained in Paragraph 54 are denied.

55. The allegations contained in Paragraph 55 are denied.

56. The allegations contained in Paragraph 56 are denied.

57. The allegations contained in Paragraph 57 are denied.

The allegations in the subheadings above Paragraph 58 are denied

58. The allegations contained in Paragraph 58 are denied.

59. The allegations contained in Paragraph 59 are denied.

60. The allegations contained in Paragraph 60 are denied.

61. The allegations contained in Paragraph 61 are denied.

The allegations in the subheadings above Paragraph 62 are denied

62. The allegations contained in Paragraph 62 are denied.

63. The allegations contained in Paragraph 63 are denied.

64. The allegations contained in Paragraph 64 are denied.

65. The allegations contained in Paragraph 65 are denied.

The allegations in the subheadings above Paragraph 66 are denied

66. The allegations contained in Paragraph 66 are denied.

67. The allegations contained in Paragraph 67 are denied.

68. With regard to Paragraph 68, these answering Defendants incorporate herein by reference their responses to all previous allegations made in this Complaint.

69. The allegations contained in Paragraph 69 are denied.

70. The allegations contained in Paragraph 70 are denied.

71. The allegations contained in Paragraph 71 are denied.

72. The allegations contained in Paragraph 72 are denied.

73. With regard to Paragraph 73, these answering Defendants incorporate herein by reference their responses to all previous allegations made in this Complaint.

74. The allegations contained in Paragraph 74 are admitted.

75. The allegations contained in Paragraph 75 are denied.

76. The allegations contained in Paragraph 76 are denied.

77. The allegations contained in Paragraph 77 are denied.

78. The allegations contained in Paragraph 78 are denied.

79. With regard to Paragraph 79, these answering Defendants incorporate herein by reference their responses to all previous allegations made in this Complaint.

80. With regard to the allegations contained in Paragraph 80, it is admitted that the FLSA says what it says. Except where explicitly admitted, denied.

81. The allegations contained in Paragraph 81 are denied.

82. The allegations contained in Paragraph 82 are denied.

83. The allegations contained in Paragraph 83 are denied.

84. The allegations contained in Paragraph 84 are denied.

85. The allegations contained in Paragraph 85 are denied.

86. With regard to Paragraph 86, these answering Defendants incorporate herein by reference their responses to all previous allegations made in this Complaint.

87. With regard to the allegations contained in Paragraph 87, it is admitted that the Trafficking Victims Protection Act says what it says. Except where explicitly admitted, denied.

88. The allegations contained in Paragraph 88 are denied.

89. The allegations contained in Paragraph 89 are denied.

90. The allegations contained in Paragraph 90 are denied.

91. The allegations contained in Paragraph 91 are denied.

92. With regard to Paragraph 92, these answering Defendants incorporate herein by reference their responses to all previous allegations made in this Complaint.

93. The allegations contained in Paragraph 93 are denied.

94. The allegations contained in Paragraph 94 are denied.

95. The allegations contained in Paragraph 95 are denied.

96. With regard to Paragraph 96, these answering Defendants incorporate herein by reference their responses to all previous allegations made in this Complaint.

97. The allegations contained in Paragraph 97 state legal conclusions to which no response is required. To the extent a response is required, denied.

98. The allegations contained in Paragraph 98 state legal conclusions to which no response is required. To the extent a response is required, denied.

99. The allegations contained in Paragraph 99, including each and every subpart, are denied.

100. The allegations contained in Paragraph 100 are denied.

101. With regard to Paragraph 101, these answering Defendants incorporate herein by reference their responses to all previous allegations made in this Complaint.

102. The allegations contained in Paragraph 102 are denied.

103. The allegations contained in Paragraph 103 are denied.

104. With regard to Paragraph 104, these answering Defendants incorporate herein by reference their responses to all previous allegations made in this Complaint.

105. The allegations contained in Paragraph 105 are denied.

106. The allegations contained in Paragraph 106 are denied.

107. The allegations contained in Paragraph 107 are denied.

108. The allegations contained in Paragraph 108 are denied.

109. With regard to Paragraph 109, these answering Defendants incorporate herein by reference their responses to all previous allegations made in this Complaint.

110. The allegations contained in Paragraph 110 are denied.

111. The allegations contained in Paragraph 111 are denied.

112. The allegations contained in Paragraph 112 are denied.

113. With regard to Paragraph 113, these answering Defendants incorporate herein by reference their responses to all previous allegations made in this Complaint.

114. The allegations contained in Paragraph 114 are denied.

115. The allegations contained in Paragraph 115 are denied.

116. With regard to Paragraph 116, these answering Defendants incorporate herein by reference their responses to all previous allegations made in this Complaint.

117. The allegations contained in Paragraph 117 are denied.

118. The allegations contained in Paragraph 118 are denied.

119. The allegations contained in Paragraph 119 are denied.

120. The allegations contained in Paragraph 120 are denied.

121. The allegations contained in Paragraph 121 are denied.

122. With regard to Paragraph 122, these answering Defendants incorporate herein by reference their responses to all previous allegations made in this Complaint.

123. The allegations contained in Paragraph 123 are denied.

124. The allegations contained in Paragraph 124 are denied.

125. The allegations contained in Paragraph 125 are denied.

126. With regard to Paragraph 126, these answering Defendants incorporate herein by reference their responses to all previous allegations made in this Complaint.

127. The allegations contained in Paragraph 127 are denied.

128. The allegations contained in Paragraph 128 are denied.

129. The allegations contained in Paragraph 129 are denied.

130. The allegations contained in Paragraph 130 are denied.

131. With regard to Paragraph 131, these answering Defendants incorporate herein by reference their responses to all previous allegations made in this Complaint.

132. The allegations contained in Paragraph 132 are denied.

133. The allegations contained in Paragraph 133 are denied.

134. The allegations contained in Paragraph 134 are denied.

135. With regard to Paragraph 135, these answering Defendants incorporate herein by reference their responses to all previous allegations made in this Complaint.

136. The allegations contained in Paragraph 136 are denied.

137. The allegations contained in Paragraph 137 are denied.

138. The allegations contained in Paragraph 138 are denied.

139. The allegations contained in Paragraph 139 are denied.

140. With regard to Paragraph 140, these answering Defendants incorporate herein by reference their responses to all previous allegations made in this Complaint.

141. The allegations contained in Paragraph 141 are denied.

142. The allegations contained in Paragraph 142 are denied.

143. The allegations contained in Paragraph 143 are denied.

144. The allegations contained in Paragraph 144 are denied.

145. With regard to Paragraph 145, these answering Defendants incorporate herein by reference their responses to all previous allegations made in this Complaint.

146. The allegations contained in Paragraph 146 are denied.

147. The allegations contained in Paragraph 147 are denied.

148. The allegations contained in Paragraph 148 are denied.

149. With regard to Paragraph 149, these answering Defendants incorporate herein by reference their responses to all previous allegations made in this Complaint.

150. The allegations contained in Paragraph 150 are denied.

151. The allegations contained in Paragraph 151 are denied.

152. With regard to Paragraph 152, these answering Defendants incorporate herein by reference their responses to all previous allegations made in this Complaint.

153. The allegations contained in Paragraph 153 are denied.

154. The allegations contained in Paragraph 154 are denied.

155. The allegations contained, including each and every subpart, in Paragraph 155 are denied.

156. The allegations contained in Paragraph 156 are denied.

157. The statement contained in Paragraph 157 does not require a response. To the extent a response is required, denied.

### FOURTH AFFIRMATIVE DEFENSE

If it is determined that these answering Defendants were negligent, as alleged in the Plaintiff's Amended Complaint or otherwise, which has been and is once again expressly denied, then upon information and belief, it is alleged that intervening negligence and intervening cause on the part of the one or more third parties insulated any negligence on the part of these answering Defendants; that such intervening negligence and cause was not foreseeable to these answering Defendants; and that such insulating negligence is pled in bar of any purported right of Plaintiff to recover anything of these answering Defendants in this action.

### FIFTH AFFIRMATIVE DEFENSE
### (STATUTES OF LIMITATION)

Plaintiff's claims may be barred by the applicable statutes of limitation.

### SIXTH AFFIRMATIVE DEFENSE
### (STATUTE OF REPOSE)

Plaintiff's claims may be barred by the statute of repose.

### SEVENTH AFFIRMATIVE DEFENSE
### (INTERVENING CRIMINAL ACTS OF A THIRD PARTY)

Defendants assert that Plaintiff's alleged injuries and damages were not legally or proximately caused by any act or omission of Defendants, including any alleged negligent hiring, supervision, or retention. Instead, such injuries were the result of the unforeseen, intentional, and criminal acts of a third party or employee acting outside the scope of employment and without

authorization. These acts were independent, superseding, and intervening causes that sever any causal link between Defendants' conduct and Plaintiff's alleged harm. As such, Defendants are not liable under principles of tort law, and Plaintiff's claims are barred, in whole or in part.

### EIGHTH AFFIRMATIVE DEFENSE
### (CONTRACTUAL DEFENSES)

Defendants assert all defenses and remedies available under applicable contract law and reserve the right to assert additional contract-related defenses as discovery progresses and the facts are further developed.

### NINTH AFFIRMATIVE DEFENSE
### (RESERVATION OF RIGHTS)

These answering Defendants reserve their rights to assert, and do not waive, any additional defenses not included herein, and about which these answering Defendants may subsequently become aware throughout the discovery phase of this action.

This the 22nd day of October, 2025.

**GARDNER SKELTON PLLC**

*/s/* Kristy M. D'Ambrosio
Kristy M. D'Ambrosio (NC State Bar No. 52817)
Gardner Skelton PLLC
3746 N. Davidson Street
Charlotte, North Carolina 28205
Telephone: (704) 335-0350
Facsimile: (704)- 936- 0294
kdambrosio@gardnerskelton.com
*Attorneys for Defendants Asheville Academy for Girls, LLC (f/k/a Solstice East, LLC and Magnolia Mills School) and Wilderness Training & Consulting, LLC (d/b/a Family Help & Wellness)*

## CERTIFICATE OF SERVICE

  I certify that the foregoing *Defendants Asheville Academy for Girls, LLC and Wilderness Training & Consulting, LLC's Answer to Plaintiffs' Complaint* has on this date been served upon counsel in this matter via this Court's CM/ECF system.

  **This the 22nd day of October, 2025.**

> **/s/Kristy M. D'Ambrosio**
> **David L. Levy (NC State Bar No. 34060)**
> **Kristy M. D'Ambrosio (NC State Bar No. 52817)**
> **Gardner Skelton, PLLC**
> **3746 N. Davidson Street**
> **Charlotte, North Carolina 28205**
> **Telephone: (704) 335-0350**
> **Fax: (704) 936-0294**
> **Email: dlevy@gardnerskelton.com**
> **kdambrosio@gardnerskelton.com**
> *Attorneys for Defendants Asheville Academy for Girls, LLC (f/k/a Solstice East, LLC and Magnolia Mills School) and Wilderness Training & Consulting, LLC (d/b/a Family Help & Wellness)*