IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 1:25-CV-00277-MOC-SCR

| | |
|---|---|
| Lilly Grace Duncan and Olivia Clark | ) |
| | ) |
| **Plaintiff(s),** | ) |
| v. | ) |
| | ) |
| Asheville Academy for Girls, LLC, | ) |
| Wilderness Training & Consulting, LLC, et al. | ) |
| **Defendant(s).** | ) |

## DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party to the action. Counsel has a continuing duty to update this information. An executed form should be electronically-filed. Plaintiff or the moving party must serve this form on the defendant(s) or respondent(s) when initial service is made.

WILDERNESS TRAINING & CONSULTING, LLC who is Defendant
*(Name of Party)*                *(Plaintiff / moving party or defendant)*

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
   ☐ Yes    ☑ No

2. Does the party have any parent corporations?
   ☐ Yes    ☑ No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
   ☐ Yes    ☑ No

   If yes, identify all such owners:

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?
   ☐ Yes   ☑ No

   If yes, identify the entity and the nature of its interest:

5. Is the party a trade association?
   ☐ Yes   ☑ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

   N/A

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:

   N/A

s/ Kristy M. D'Ambrosio     11/11/25
Signature of Attorney          Date