IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| LILLY GRACE DUNCAN and OLIVIA CLARK | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL NO. 1:25-cv-00277-MR-WCM |
| ASHEVILLE ACADEMY FOR GIRLS, LLC (f/k/a SOLSTICE EAST, LLC and MAGNOLIA MILLS SCHOOL), WILDERNESS TRAINING & CONSULTING, LLC (d/b/a FAMILY HELP & WELLNESS, and JOHN DOE ENTITIES 1-10 | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| and | ) ) | |
| ASHEVILLE ACADEMY FOR GIRLS, LLC (F/K/A SOLSTICE EAST, LLC AND MAGNOLIA MILLS SCHOOL), | ) ) ) ) ) | |
| Third-Party Plaintiff, | ) ) | |
| vs. | ) ) | |
| WILLIAM CLARK, KRISTINA CLARK, CLAUDIA DUNCAN, AND HARLEY BROOKE DUNCAN, | ) ) ) ) | |
| Third-Party Defendants. | ) | |

## THIRD-PARTY DEFENDANTS' MOTION TO DISMISS
## THIRD-PARTY COMPLAINT

NOW COME Third-Party Defendants Claudia Duncan, Harley Brooke Duncan, William Clark, and Kristy Clark (collectively "Third-Party Defendants"), by and through undersigned counsel, respectfully move this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil

Procedure to dismiss the Third-Party Complaint filed by Third-Party Plaintiff Asheville Academy for Girls, LLC ("AAG") with prejudice.

## I. GROUNDS FOR DISMISSAL

This motion is based on the following grounds:

1. **AAG's claim for indemnification fails as a matter of law** because:

   - The indemnification provisions in the enrollment agreements are void and unenforceable as against North Carolina public policy;

   - The indemnification provisions do not cover AAG's own intentional misconduct, gross negligence, fraud, and willful violations of law;

   - AAG cannot obtain indemnification for injuries it alone caused; and

   - Third-Party Defendants did not cause, contribute to, or participate in any wrongdoing that injured Plaintiffs.

2. **AAG's claim for contribution fails as a matter of law** because:

   - North Carolina does not allow contribution from joint tortfeasors when the party seeking contribution committed intentional torts;

   - The underlying Complaint alleges that AAG committed intentional torts, including fraud, intentional infliction of emotional distress, battery, assault, and false imprisonment;

   - Third-Party Defendants were not joint tortfeasors with AAG and committed no wrongful acts;

   - Third-Party Defendants did not cause or contribute to Plaintiffs' injuries; and

   - Any claimed "fault" of Third-Party Defendants in placing their daughters at AAG's facility was induced by AAG's fraudulent misrepresentations.

## II. SUPPORTING MEMORANDUM

In support of this Motion, Third-Party Defendants rely upon their contemporaneously filed Memorandum in Support of Motion to Dismiss Third-Party Complaint, which is incorporated herein by reference.

## III. CONCLUSION

For the reasons set forth in the accompanying Memorandum, Third-Party Defendants respectfully request that this Court enter an order:

A. **Granting** this Motion to Dismiss;

B. **Dismissing** AAG's Third-Party Complaint with prejudice;

C. **Awarding** Third-Party Defendants their reasonable attorneys' fees and costs incurred in defending against the Third-Party Complaint; and

D. **Granting** such other and further relief as this Court deems just and proper.

**RESPECTFULLY SUBMITTED,**

/s/ *Ruth A. Sheehan*
RHINE LAW FIRM, P.C.
Ruth A. Sheehan, NCSB 48069
Email: ras@rhinelawfirm.com
Joel R. Rhine, NCSB 16028
Email: jrr@rhinelawfirm.com
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
Tel: (910) 772-9960
Fax: (910) 772-9062

and

Gareth S. Purnell (Admitted *Pro Hac Vice*)

Simon B. Purnell (Admitted *Pro Hac Vice*)
**GRIFFIN PURNELL LLC**
2037 Airline Road, Suite 200
Corpus Christi, Texas 78412
(361) 262-1776
(361) 356-4348 Fax
gareth@griffinpurnell.com
simon@griffinpurnell.com
Service email: support@griffinpurnell.com

**ATTORNEYS FOR PLAINTIFFS/
THIRD-PARTY DEFENDANTS**

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 24th day of November, 2025, a true and correct copy of the foregoing document was filed electronically with the Court's ECF system for service to all counsel of record.

David L. Levy
Kristy M. D'Ambrosio
**GARDNER SKELTON, PLLC**
3746 N. Davidson Street
Charlotte, North Carolina 28205
dlevy@gardnerskelton.com
kdambrosio@gardnerskelton.com
*Attorneys for Defendant Wilderness Training & Consulting, LLC
(d/b/a Family Help & Wellness) and Defendant/Third-Party Plaintiff Asheville Academy for Girls, LLC
(f/k/a Solstice East, LLC and Magnolia Mills School)*

                                           */s/ Gareth S. Purnell*
                                               Gareth S. Purnell